# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ROBBEN, | ) |
| Plaintiff, | ) Civil No. 18-1279 |
| | ) Judge Marilyn J. Horan/ |
| v. | ) Magistrate Judge Cynthia Reed Eddy |
| HCL AMERICA, INC. AND LEGO SYSTEMS INC., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

On August 1, 2019, the Magistrate Judge issued a Report and Recommendation, ECF No. 27, recommending that Defendant Lego Systems, Inc.'s Motion to Dismiss, ECF No. 17, be denied. The parties were informed that written objections to the Report and Recommendation were due by August 15, 2019. To date, no objections have been filed nor has any party sought an extension of time in which to file objections.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of August, 2019, it is hereby ORDERED as follows:

The Magistrate Judge's Report and Recommendation, ECF No. 27, dated August 1, 2019, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that Defendant Lego Systems, Inc.'s Motion to Dismiss, ECF No. 17, is DENIED.

This matter is referred back to the Magistrate Judge for further proceedings.

By the Court:

Marilyn J. Horan
United States District Judge